# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY B. HENDERSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JASON BRYANT, Warden, ) <br> ) <br> Respondent. ) | Case No. CIV-16-383-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered April 25, 2016. Doc. No. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case will be dismissed without prejudice if Petitioner does not pay the $5.00 filing fee within twenty (20) days from the date of this Order.

IT IS SO ORDERED this 23rd day of May, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1