# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY HENDERSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-16-383-R |
| JASON BRYANT, Warden, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered August 19, 2016. Doc. No. 14. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case is hereby DISMISSED. In light of this ruling, the Motion for Appointment of Counsel is DENIED as moot.

IT IS SO ORDERED this 13th day of September, 2016.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1